An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ROLLAND WEDDELL, AN INDIVIDUAL,
Appellant,
vs.
CHRIS D. NICHOLS, ESQ., AN INDIVIDUAL; AND BELDING, HARRIS & PETRONI,
Respondents.

No. 66071

FILED

AUG 2 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY R. Maline
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Our review of the documents before us on appeal reveals a jurisdictional defect. Before filing his notice of appeal from the underlying order dismissing his amended complaint on statute of limitations grounds, appellant filed a motion for reconsideration, which tolls the time for filing a notice of appeal from that order. *See AA Primo Builders, LLC v. Washington,* 126 Nev. ___, ___, 245 P.3d 1190, 1192-93 (2010) (recognizing that a timely post-judgment motion for reconsideration that seeks a substantive change to the judgment tolls the time to file a notice of appeal). To date, this motion has not been resolved by the district court. As a result, appellant's notice of appeal is premature, *see* NRAP 4(a)(6), and fails to confer jurisdiction on this court. Accordingly, we dismiss this appeal.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-28016

cc:    Hon. Patrick Flanagan, District Judge
       Rolland P. Weddell
       Piscevich & Fenner
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A